# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
**UNITED STATES OF AMERICA** : **CRIMINAL ACTION**
:
v. :
: **NO. 08-625-01**
**ANDRE WARE** :
_____:

## O R D E R

**AND NOW**, this 6th day of January, 2012, upon consideration of defendant's Pro Se Motion for Modification of Sentence Pursuant to Title 18 U.S.C. Sections 3582(c)(2) & 3582(1)(B) (Document No. 163, filed July 27, 2011), Defendant's Supplemental Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Document No. 169, filed December 9, 2011), the Government's Response to the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Document No. 170, filed December 15, 2011), and Defendant's Reply to Government's Response to Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Document No. 171, filed December 22, 2011), for the reasons stated in the Memorandum dated January 6, 2012, **IT IS ORDERED** that defendant's Pro Se Motion for Modification of Sentence Pursuant to Title 18 U.S.C. Sections 3582(c)(2) & 3582(1)(B) and Defendant's Supplemental Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) are **GRANTED**.

**IT IS FURTHER ORDERED** that the term of imprisonment in this case imposed by Judgment dated November 18, 2009, is reduced from 128 months to 84 months. All other terms and conditions of the Judgment dated November 18, 2009, continue in effect.

**BY THE COURT:**

　/s/ Hon. Jan E. DuBois　
**JAN E. DUBOIS, J.**